(September 27, 1988)

■ ELEANOR MONAGHAN, Individually and as Guardian ad Litem for WILLIAM MONAGHAN, an Incompetent, Appellant, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Respondent. —Order, Supreme Court, New York County (Edward Lehner, J.), entered on or about April 25, 1988, unanimously affirmed, without costs and without disbursements, for the reasons stated by Edward Lehner, J. Concur—Sandler, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.

■ STANLEY J. LEVY et al., Appellants, v LEE S. KREINDLER et al., Defendants, and MICHAEL F. BAUMEISTER et al., Respondents.—Order, Supreme Court, New York County (Michael Dontzin, J.), entered on or about September 29, 1987, unanimously affirmed for the reasons stated by Michael Dontzin, J. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Sullivan, Asch, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PAPPAS, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on December 12, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Asch, Milonas and Ellerin, JJ.

■ In the Matter of CITY OF NEW YORK, Respondent, v PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Stanley Sklar, J.), entered on September 1, 1987, unanimously affirmed for the reasons stated by Stanley Sklar, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Asch, Milonas and Ellerin, JJ.